# IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In the Matter of: )
)  Case No. 16-31256
Sharon Mack, )
)  Chapter 13
)
Debtor )

## MOTION TO EXTEND THE STAY AND REQUEST FOR EMERGENCY HEARING

COMES NOW the Debtor, by and through counsel, and hereby moves this Honorable Court to extend the automatic stay in the above case and as grounds for such state as follows:

1. Debtor filed the above case on __5/17/2016__. Prior to this case Debtor had a previous chapter 13 case filed in the Middle District of Alabama on December 31, 2015, Case No. 15-33654. Said case was pending within the preceding one year period but was dismissed.

2. Pursuant to 11 U.S.C. § 362(c)(3), the stay will terminate with respect to property of the estate within 30 days from the date of filing if Debtor had a pending bankruptcy case which was dismissed within a year of filing the current case.

3. Debtor requests the stay be extended on all property of the bankruptcy estate until such time as the case is dismissed or a discharge is granted.

4. Debtor states the previous bankruptcy case was dismissed because she was confused about whether she needed to make payments to the trustee or 21st Century Mortgage.

5. Debtor states a significant change in circumstances has occurred such that Debtor would be able to complete a confirmed chapter 13 plan. She has a better understanding of how payments are made in bankruptcy and understands she will need to make all of her payments directly to the Trustee every month. Furthermore, Debtor has not had more than one case within the year prior to filing this case.

WHEREFORE, the premises considered, Debtor requests the automatic stay under 11 U.S.C. § 362(a) be extended as to all property of the estate until such time as the case is dismissed or a discharge is granted. Debtor further requests an emergency hearing on this matter.

Respectfully submitted May 13, 2016.

_Sharon C Mack_ (signature)

/s/ Richard D. Shinbaum

Richard D. Shinbaum ASB-8638-B54R
Attorney for Debtor
The Shinbaum Law Firm, P.C.
566 South Perry Street
P.O. Box 201
Montgomery, AL 36101
334-269-4440- Selma 334-872-4545

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing motion on all parties listed below by CM/ECF or by mail on May 13, 2016.

    Chapter 13 Trustee, Curtis C. Reding

    Bankruptcy Administrator, Teresa Jacobs

    All creditors

/s/ Richard D. Shinbaum
Richard D. Shinbaum ASB-8638-B54R