UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SHARON MACK | § | CHAPTER 13 |
| SS# XXX-XX-8956 | § | |
| DEBTOR(S) | § | CASE NO. BK 16-31256-DHW13 |

## NOTICE OF FILING AFFIDAVIT
## IN SUPPORT OF OBJECTION TO MOTION TO EXTEND STAY

Comes now 21st Mortgage Corporation and hereby amends its previously filed Objection to Motion to Extend Stay (Doc. No. 20), as follows:

The Affidavit of Sandra Protopapa is attached hereto and incorporated herein by reference in support of the facts of said objection.

Date: June 10, 2016

*/s/ Kristofor D. Sodergren*
Kristofor D. Sodergren (SODEK-0591)
Attorney for 21st Mortgage Corporation
File No. 47523.997

OF COUNSEL

ROSEN ♦ HARWOOD, P.A.
2200 Jack Warner Parkway, Suite 200
Post Office Box 2727
Tuscaloosa, Alabama 35403
Telephone: (205) 344-5000

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing upon the following:

*By depositing a copy of same in a pre-addressed, stamped envelope with adequate postage prepaid thereon and properly addressed:*

Sharon Mack
Debtor
162 McPherson Road
Fort Deposit, AL 36032

Christopher McPherson
Co-Maker
224 McPherson Drive
Fort Deposit, AL 36032

*Via the Court's Electronic mailing service (CM/ECF):*

Curtis C. Reding (trustees_office@ch13mdal.com *via CM/ECF Noticing Services)*
Trustee
Post Office Box 173
Montgomery, AL 36101-0173

Richard D. Shinbaum (rshinbaum@smclegal.com *via CM/ECF Noticing Services)*
Attorney for Debtor
P.O. Box 201
Montgomery, AL 36101-0201

    This the 10th day of June, 2016.

                        */s/ Kristofor D. Sodergren*
                        Kristofor D. Sodergren (SODEK-0591)
                        Of Counsel for 21st Mortgage Corporation

| STATE OF TENNESSEE | § | AFFIDAVIT OF |
| --- | --- | --- |
| | § | |
| COUNTY OF KNOX | § | SANDRA PROTOPAPA |

Before me, the undersigned authority, personally appeared Sandra Protopapa, hereinafter referred to as Affiant, who being known to me and being first duly sworn, deposes and says as follows:

1. My name is Sandra Protopapa and I am employed by 21st Mortgage Corporation. I have personal knowledge of the facts stated herein, and I am custodian of any records referenced herein or attached hereto. I have a personal understanding of how the books, records and computer systems relating to loan servicing at 21st Mortgage Corporation and how they relate to the bankruptcy proceeding filed by Sharon Mack (hereinafter "Debtor"). Among my responsibilities as an employee of 21st Mortgage Corporation is to monitor the processing of payments and other requirements of the Debtor under the terms of the Debtor's *Retail Installment Contract and Security Agreement*.

2. The Debtor executed a *Retail Installment Contract and Security Agreement* (hereinafter "Contract") to 21st Mortgage Corporation in the principal amount of $36,298.00 on June 26, 2014, which is secured by one (1) 2000 Chandeleur 28' x 56' Manufactured Home, VIN #CH2AL08214A/B being more particularly described in 21st Mortgage Corporation's Objection to Motion to Extend Stay on file and as evidenced by the Contract.

3. During the pendency of the Debtor's prior case, BK 15-33654-DHW13, 21st Mortgage Corporation did not receive any payments direct from the Debtor. A total of $63.00 was received from the Chapter 13 Trustee.

4. As of June 9, 2016, the account is due for the July 1, 2015 payment for a total arrearage of $6,478.57.

5. The information contained herein and in the attached Exhibits is based upon business records that 21st Mortgage Corporation keeps in the ordinary course of its business, made at or near the time of the facts stated thereby, which 21st Mortgage Corporation keeps, maintains and generates as part of its ordinary course of business. All of the above statements are true and correct and stated as facts based upon my own personal knowledge.

_____
AFFIANT
21st Mortgage Corporation

SWORN TO and SUBSCRIBED before me on this the 10 day of June, 2016.

_____
Notary Public

My Commission Expires: 12/26/17