UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: §
§
SHARON MACK § CHAPTER 13
SS# XXX-XX-8956 §
DEBTOR(S) § CASE NO. BK 16-31256-DHW13

## OBJECTION TO CONFIRMATION

COMES NOW, 21st Mortgage Corporation, a secured creditor in the above bankruptcy proceeding, and hereby objects to the Confirmation of the Debtor's Chapter 13 plan, and as grounds for same would show unto the Court the following:

1. 21st Mortgage Corporation is a secured creditor in the above referenced Chapter 13 proceeding. The Debtor financed the purchase of a 2000 Chandeleur 28' x 56' Manufactured Home, VIN #CH2AL08214A/B through 21st Mortgage Corporation. 21st Mortgage Corporation has a security interest in this collateral as evidenced by the documents attached hereto as Exhibit "A" and incorporated herein.

2. The amount the Debtor proposes in her Chapter 13 plan to distribute to 21st Mortgage Corporation on its secured claim is substantially less than the amount of the claim filed by 21st Mortgage Corporation and is substantially less than the actual value of the collateral. As such, the plan as proposed violates 11 U.S.C. § 506(a), by proposing to distribute less than the value of 21st Mortgage Corporation's allowed secured claim.

3. 11 U.S.C. § 1325(a)(5)(b)(ii) requires interest to be paid on an allowed secured claim post confirmation in order to insure the value distributed to a secured creditor on the claim will be equal to the value of the collateral securing the claim as of the date of Confirmation. The Debtor's plan as proposed provides for inadequate interest to be paid on the claim of 21st Mortgage

Corporation post confirmation. As such, the plan as proposed violates 11 U.S.C. § 1325(a), by proposing to distribute less than the value of 21st Mortgage Corporation's allowed secured claim.

4. This is the Debtor's second bankruptcy case within the last year. BK 15-33654-DHW13 was filed on December 31, 2015 and dismissed on May 2, 2016. Movant asserts the Debtor's plan as proposed violates 11 U.S.C. § 1325(a)(6).

5. The Debtor has made no showing of material change in circumstances since the dismissal of the last case that would permit the Debtor to successfully complete a new Chapter 13 case, and Movant asserts the Debtor's plan as proposed violates 11 U.S.C. § 1325(a)(4) and § 1325(b)(1).

6. The Debtor's plan as proposed for confirmation does not provide for payment in full of the claim of 21st Mortgage Corporation, which has a co-signer, Christopher McPherson (hereinafter "Co-Debtor"). The Co-Debtor is not a debtor in this case. The Debtor's plan proposes to pay interest on the claim at the rate of 4.75%. However, the contract rate of interest on 21st Mortgage Corporation's claim is 10.99%. The Debtor's plan must propose to protect the Co-Debtor by paying 21st Mortgage Corporation's claim in full at the contract rate of interest or, in the alternative, grant relief from co-debtor stay as to the Co-Debtor.

7. The Debtor's plan as proposed is not feasible under §1325(a)(6).

8. The adequate protection payment proposed by the Debtor with respect to 21st Mortgage Corporation is not sufficient and must be increased to approximately 1% of the replacement value of the collateral.

9. The fixed monthly payment proposed by the Debtor with respect to 21st Mortgage Corporation is not sufficient and must be increased.

WHEREFORE, 21st Mortgage Corporation moves this Honorable Court to enter an Order denying the Confirmation of the Debtor's proposed Chapter 13 plan pursuant to 11 U.S.C. §

1325(a). 21st Mortgage Corporation prays for such other and further relief to which it may be entitled.

Date: June 16, 2016     */s/ Kristofor D. Sodergren*
Kristofor D. Sodergren (SODEK-0591)
Attorney for 21st Mortgage Corporation
File No.47523.997

OF COUNSEL

ROSEN ♦ HARWOOD, P.A.
2200 Jack Warner Parkway, Suite 200
Post Office Box 2727
Tuscaloosa, Alabama 35403
Telephone: (205) 344-5000

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing upon the following:

***By depositing a copy of same in a pre-addressed, stamped envelope with adequate postage prepaid thereon and properly addressed:***

Sharon Mack
Debtor
162 McPherson Road
Fort Deposit, AL 36032

Christopher McPherson
Co-Maker
224 McPherson Drive
Fort Deposit, AL 36032

***Via the Court's Electronic mailing service (CM/ECF):***

Curtis C. Reding (trustees_office@ch13mdal.com *via CM/ECF Noticing Services)*
Trustee
Post Office Box 173
Montgomery, AL 36101-0173

Richard D. Shinbaum (rshinbaum@smclegal.com *via CM/ECF Noticing Services)*
Attorney for Debtor
P.O. Box 201
5665 Perry St. (36104)
Montgomery, AL 36101-0201

This the 16th day of June, 2016.

*/s/ Kristofor D. Sodergren*
Kristofor D. Sodergren (SODEK-0591)
Of Counsel for 21st Mortgage Corporation

Case No. BK 16-31256-DHW13
Page No. 3